Xue Jie He, Plaintiff-Appellant,
against
Hairong Xue, Defendant-Respondent.



Plaintiff appeals from an order of the Small Claims Part of the Civil Court of the City of New York, New York County (Joan M. Kenney, J.), entered August 16, 2018, which denied her motion to vacate an arbitrator's award in favor of defendant.




Per Curiam.
Order (Joan M. Kenney, J.), entered August 16, 2018, affirmed, without costs.
Plaintiff's motion to vacate the small claims arbitration award was properly denied on this record, which shows that plaintiff signed an arbitration consent form in which she agreed that the award was final and expressly waived her right to appeal (see 22 NYCRR 208.41[n][2]). Therefore, to the extent plaintiff sought review of the merits of the arbitrator's award, her motion was properly denied. Plaintiff also failed to demonstrate that vacatur of the award was proper under any of the grounds set forth in CPLR 7511[b][1]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 17, 2018